CARTER WAID v. STATE.

No. A-8662.   Aug. 3, 1934.
(35 Pac. [2d] 280.)

Stevens & Cline and J. F. Thomas, for plaintiff in error.

J. Berry King, Atty. Gen., and Smith C. Matson, Asst. Atty. Gen., for the State.

EDWARDS, P. J.   This is a companion case to Ova Connard v. State of Oklahoma, 56 Okla. Cr. 134, 35 Pac. (2d) 278, just decided.

Defendant is jointly charged with the defendant in that case, and the judgment rests on the same information and state of facts and is controlled by the decision in that case.

The case is reversed.

DAVENPORT, J., concurs. CHAPPELL, J., dissents.